UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-CV-00968-EAK-MAP

SAMANTHA SCHREIBER,

        Plaintiff
vs.

LASERS, LLC, and
CHAMP M. ZABETAKIS

        Defendants.
_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, **SAMANTHA SCHREIBER**, hereby voluntarily stipulates to the dismissal of the above styled action with prejudice. Each party shall bear their own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2011, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Robert G. Walker, Esq., Counsel for Defendants, walkerlaws@aol.com, and Lawrence Popritkin, Esq., Co-Counsel for Plaintiff, lpopritkin@ldplaw.net

       Respectfully Submitted,


       */s/ AARON BEHAR*
       Aaron Behar, Esq
       Florida Bar No.: 166286
       AARON BEHAR, P.A.
       7551 Wiles Road, Suite 106
       Coral Springs, FL 33067
       Telephone: (954) 899-0200
       Facsimile: (954) 332-9260
       Email: ab@aaronbeharpa.com